IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arthur M. Hayden and Joy Lynn Hayden, as co-conservators and co-guardians of Todd Lowell Hayden, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Blue Cross and Blue Shield of Texas; Health care Services Corporation Illinois State PAC, NFP; Nabors Industries Incorporated, | ) ) ) ) ) | |
| Defendants. | ) ) | Case No. 1:10-cv-050 |

Before the court are defendants' motions for attorneys V. Loraine Christ and Gregory C. Dillard to appear *pro hac vices* on their behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys V. Loraine Christ and Gregory C. Dillard have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the defendants' motion (Docket Nos. 6 and 7) are **GRANTED**.  Attorneys V. Loraine Christ and Gregory C. Dillard are admitted to practice before this court in the above-entitled action on behalf of the defendants.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge