**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Arthur M. Hayden and Joy Lynn Hayden, ) <br> as co-conservators and co-guardians of ) <br> Todd Lowell Hayden, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Blue Cross and Blue Shield of Texas; ) <br> Health Care Service Corporation Illinois ) <br> State PAC, NFP; Nabors Industries, Inc., ) <br> ) <br> Defendants. ) | **ORDER** <br><br><br><br><br><br><br><br><br><br> Case No. 1:10-cv-050 |

___

The court held a conference with the parties by telephone on March 17, 2011. The purpose of the conference was to address discovery issues brought to the court's attention in the form of letters from both parties. Pursuant to court discussions with the parties, defendants are **ORDERED** to provide plaintiffs with a copy of the administrative record. Defendants are also **ORDERED** furnish the undersigned with a copy of the administrative record.

Dated this 17th day of March, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge