IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arthur M. Hayden and Joy Lynn Hayden, as co-conservators and co-guardians of Todd Lowell Hayden, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Blue Cross and Blue Shield of Texas; Health Care Service Corporation Illinois State PAC, NFP; and Nabors Industries, Incorporated, | ) ) ) ) ) | Case No. 1:10-cv-50 |
| Defendants. | ) | |

The court held a status conference with the parties on August 15, 2011. Pursuant to the parties discussions, the court's scheduling and discovery order shall be amended as follows:

3. The parties shall have until January 1, 2012, to complete fact discovery and to file discovery motions.

7. The parties shall have until October 1, 2011, to move to the amend pleadings.

In addition, the undersigned shall conduct a settlement conference with the parties on October 19, 2011, at 10:00 a.m. via telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court