IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Arthur M. Hayden and Joy Lynn Hayden, as co-conservators and co-guardians of Todd Lowell Hayden,<br><br>   Plaintiffs,<br><br> vs.<br><br>Blue Cross and Blue Shield of Texas; Health Care Service Corporation Illinois State PAC, NFP; and Nabors Industries, Inc.,<br><br>   Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1:10-cv-050 |

  Before the court is a motion for attorney Christie M. Alcalá to appear *pro hac vice* on behalf of Defendants Blue Cross Blue Shield of Texas and Nabors Industries, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Christie M. Alcalá has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 94) is **GRANTED**. Attorney Christie M. Alcalá is admitted to practice before this court in the above-entitled action on behalf of Defendants Blue Cross Blue Shield of Texas and Nabors Industries, Inc.

  **IT IS SO ORDERED.**

  Dated this 24th day of May, 2012.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr.
                United States Magistrate Judge